UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ANN EVA WRAY )<br>*by and through Laura Wray, Administrator*, )<br>THE ESTATE OF JED TODD SWETLAND )<br>*by and through Todd R. Swetland, Administrator*, )<br>THE ESTATE OF CHANEY D. PARTRICH, )<br>*by and through Paul Partrich, Administrator,* )<br>AMBER MCCARTHY, and ALEXANDRIA C. )<br>EUBANKS )<br>              Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>KENNEDY BROTHERS LOGISTICS, INC., )<br>*a North Carolina Corporation,* TIFFANY )<br>VICTORIA LEE, *a Maryland resident*, LARRY )<br>BEDDINGFIELD, *d/b/a Larry Beddingfield &* )<br>*Sons Trucking, a North Carolina limited liability* )<br>*corporation,* KENNEDY BROTHERS, INC., )<br>*a North Carolina corporation*, and BUTTERBALL, )<br>LLC, *a North Carolina limited liability corporation* )<br>              Defendants ) | **JUDGMENT**<br><br>No. 5:22-CV-70-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 31, 2022, more particularly described therein, that the captioned action be and hereby is remanded to Wayne County Superior Court.

**This Judgment Filed and Entered on October 31, 2022, and Copies To:**
Jon Ryan Moore / Darren M. Dawson / Eric Laurence Doggett / Coleman M. Cowan / Eric P. Haase / Preston Wyatt Lesley / Philip A. Baddour, Jr. / Ryan P. Richie  (via CM/ECF Notice of Electronic Filing)
Pardis Camarda / Geoffrey A. Losee / Samuel H. MacRae / Christopher M. Kelly / Elizabeth Hayes Overmann / F. Marshall Wall / James C. Thorton / Claude Rob Wilson/ Preston William Rollero  CM/ECF Notice of Electronic Filing)

The Honorable Robin Aycock Radford (via U.S. Mail at Wayne County Clerk of Superior Court,

224 E. Walnut St, Room 230, Goldsboro, NC 27530)

October 31, 2022                ETER A. MOORE, JR., CLERK

                                 /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk